**Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000876
28-MAY-2020
10:11 AM**

NO. CAAP-19-0000876


IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


HONOLULU STUDENT HOUSING ONE, LLC., Plaintiff-Appellee, v.
MERCEDEZ GONZALEZ, Defendant-Appellant


APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-19-1398)


ORDER DISMISSING APPEAL
(By: Ginoza, Chief Judge, Leonard and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On December 27, 2019, self-represented Defendant-Appellant Mercedez Gonzalez (Gonzalez) filed the notice of appeal;

(2) On February 6, 2020, the district court clerk filed the record on appeal, and the appellate clerk notified the parties that, among other things, the opening brief was due on or before March 17, 2020;

(3) Gonzalez failed to file the opening brief or request an extension of time;

(4) On April 24, 2020, the appellate clerk notified Gonzalez that the time for filing the opening brief had expired, the matter would be called to the court's attention on May 4, 2020, for appropriate action, which could include dismissal of

the appeal, under Hawaiʻi Rules of Appellate Procedure Rule 30, and Gonzalez could request relief from default by motion; and

(5) Gonzalez took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawaiʻi, May 28, 2020.

/s/ Lisa M. Ginoza
Chief Judge

/s/ Katherine G. Leonard
Associate Judge

/s/ Clyde J. Wadsworth
Associate Judge